ALEXIS T. MAYS, Respondent, v. MIRIAM H. MAYS, Appellant.— Appeal by defendant wife in an action for divorce from so much of an order as granted plaintiff's motion to strike out a defense which pleaded the adultery of plaintiff husband

as found in an earlier action. Order, in so far as appealed from, affirmed, without costs, on the authority of *Ryan* v. *Ryan* (132 Misc. 339). Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.